# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARIA ALONSO and JAMES SAYLOR,

    Plaintiffs,

vs.

THE CITY OF BATTLE CREEK,

    Defendant.

Case No. 1:14-cv-0400

HON. PAUL L. MALONEY

---

Michael L. Pitt (P24429)
Beth M. Rivers (P33614)
PITT, McGEHEE, PALMER & RIVERS, PC
117 West Fourth Street, Ste. 200
Royal Oak, Michigan  48067
Telephone:  (248) 398-9800
mpitt@pittlawpc.com
brivers@pittlawpc.com
*Attorneys for Plaintiffs*

Kevin M. Carlson(P67704)
KEVIN M. CARLSON PLLC
PO Box 6028
Plymouth, MI 48170
Tel: 734-386-1919
kevin@kevincarlsonlaw.com
*Attorney for Plaintiffs*

Saura J. Sahu (P69627)
Jill Humphreys Steele (P53335)
CITY ATTORNEY'S OFFICE
City of Battle Creek
10 N. Division Street, Ste. 207
Battle Creek, Michigan  49016-1717
Telephone:  (269) 966-3385
jhsteele@battlecreekmi.gov
bhsysol@battlecreekmi.gov
*Attorneys for Defendant*

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties having stipulated and agreed to the entry of this Order of Dismissal with Prejudice, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiffs' claims are hereby dismissed with prejudice and without interest, costs or attorney fees to any party.

This Order resolves the last pending claims and closes the case.

SO ORDERED.

_____
DISTRICT COURT JUDGE

Stipulated as to form and entry:

*/s/ Kevin M. Carlson* (P67704)
Kevin M. Carlson (P67704)

Attorney for Plaintiffs


*/s/ Sunny J. Sahu* (P69627)
Sunny J. Sahu (P69627)

Attorney for Defendant